IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| v. | * | CRIMINAL NO. TDC-21-0461 |
| MOSHE MICHAEL IMEL, | * | |
| Defendant | * | |

\*\*\*\*\*\*\*

## GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING

The Government hereby submits this Memorandum in Aid of Sentencing Mr. Moshe Imel, scheduled for Thursday, August 3, 2023, at 9:30 a.m. The Defendant pled guilty to count one and count three of the Indictment, each charging him with Production of Child Pornography, in violation of 18 U.S.C. § 2251(a). (ECF no. 1.) The Government respectfully submits that a 240-month term of imprisonment on each count running consecutively (for a 480-month total term of imprisonment), to be followed by a supervised release for life, is sufficient but not greater than necessary to comply with the purposes of sentencing under 18 U.S.C. § 3553(a)(2).

## FACTUAL BACKGROUND

*Facts Regarding the Instant Offense, as Agreed to in the Plea Agreement's Statement of Facts:*

Between July 2018 and November 2020, the Defendant, **MOSHE MICHAEL IMEL** ("**IMEL**"), was a resident of Owings, Maryland, and an assistant coach at Northern High School in Calvert County, Maryland. In March 2021, an individual who had previously been coached by **IMEL** complained to police that **IMEL** had groomed him and then abused him sexually. **IMEL** coached the individual beginning in a youth football program and continuing through high school at Northern High School, in Calvert County, Maryland. The individual disclosed that, while the individual was a minor and under **IMEL's** supervision and control, **IMEL** instructed the individual to expose and touch himself in a sexual way. **IMEL** ultimately engaged in sexual contact with the individual, including touching the individual's genitalia.

*Victim A*

1

Also in March 2021, law enforcement interviewed Victim A. Victim A had also been coached by **IMEL** in a youth football league and then in high school. **IMEL** directed Victim A to expose and touch himself in a sexual way. **IMEL** ultimately engaged in sexual contact with Victim A on numerous occasions. On at least two occasions **IMEL** created videos of sexual contact with Victim A or of the lascivious exhibition of Victim A's genitalia or anus, for example:

- in or about July 2018, when Victim A was not yet 18 years of age, **IMEL** filmed a video in which **IMEL** directs Victim A to spread Victim A's buttocks and **IMEL's** finger can be seen touching Victim A's anus.

- in or about August 2018, when Victim A was not 18 years of age, **IMEL** filmed Victim A and directed Victim A (who is naked) to assume a "downward dog" pose. As Victim A moved into position, **IMEL** zoomed the camera onto Victim A's buttocks. Victim A lifted his leg exposing his penis and his testicles. **IMEL** instructed Victim A to "hold the pose for a second."

The videos described above were created in Maryland and recovered from a PNY Prime Performance 128 GB Micro SD Card, made in Taiwan and seized from **IMEL's** residence.

*Victim B*

Victim B was interviewed by law enforcement in March 2021. Victim B explained that during various periods of time before he turned 16, **IMEL** was his football coach. **IMEL** bartered with Victim B and gave Victim B gifts, food, or money if Victim B would perform sexual acts, including masturbation, fellatio, and anal penetration, sometimes on video. The videos include at least the following:

- in a video created on or about November 4, 2020, **IMEL** recorded a video of **IMEL** performing sex acts on Victim B, including masturbation and oral sex.

- in a video created on or about November 7, 2020, **IMEL** and Victim B are shown engaging in sex acts. For example, the two are shown masturbating themselves, then **IMEL** masturbates and performs oral sex on Victim B. **IMEL** takes out a tape measurer and measures Victim B's penis. Victim B then anally penetrates **IMEL**.

- in a video created on or about November 26, 2020, **IMEL** and Victim B are shown engaging in sex acts. For example, Victim B's back is to the camera and **IMEL** is performing oral sex on Victim B. Victim B then anally penetrates **IMEL**, who is bent over a recliner. Subsequently, **IMEL** performs oral sex on Victim B.

The videos described above were created in Maryland and recovered from a Dell Precision 5520 laptop, SN 1XTTQN2, made in China, containing a Toshiba SSD 512 GB, SN 28GS105CT3ZQ, made in Philippines; the Dell laptop and its Toshiba solid state drive were recovered from **IMEL's** residence. The Dell laptop and Toshiba solid state drive were

2

manufactured in whole or in part outside of the United States and moved in interstate and foreign commerce before being recovered from **IMEL's** residence.

*Execution of Search Warrant*

A search warrant was subsequently executed at **IMEL's** home in Maryland. Investigators confirmed that the basement – including the action figures lining the walls, the computer setup, the cameras, various sex toys and lube – was as the victims had described it to law enforcement. The following electronic devices seized at **IMEL's** residence were reviewed and contained child pornography or evidence of **IMEL's** sexual contact with minors:

- An Apple Laptop, FCC ID QDS-BRCM1038, Model A1286, made in China. (Item LI004);

- A WD My Passport Ultra 1 TB External Hard Drive, SN WXQ1EA46STMS, made in Malaysia (Item LI005);

- A Toshiba 320 GB Hard Drive, SN 50IBP2UGT, made in Philippines (Item LI006);

- A WD My Passport Ultra 2 TB External Hard Drive, SN WX81A963YXXHM, (black) made in Thailand (Item LI007);

- A Western Digital 2 TB My Passport Ultra, SN WXE1EB6C3NVM, made in Thailand (Item LI011);

- A Toshiba 1 TB Hard Drive, SN 98JOSH74S, made in China (Item LI015);

- A Micro Center 64 GB Micro SD Card, made in Taiwan (Item LI015C);

- A Mushkin Enhanced 60 GB SSD, SN MKNSSDDCL60GB-DX, made in USA (Item LI020A);

- A Toshiba 4 TB Hard Drive, SN X6M8K670F58D, made in Philippines (Item LI020C);

- A WD 3 TB Hard Drive, SN WMC1T4336531, made in Thailand (Item LI020F);

- An Asus Notebook, FCC ID MSQ8265NG, model 8265NGW, made in China, with a SanDisk 1 TB SSD, SN 191892800292, made in Malaysia (Item LI027);

- A Dell Precision 5520 laptop, SN 1XTTQN2, made in China, with a Toshiba SSD 512 GB, SN 28GS105CT3ZQ, made in Philippines (Item LI031);

- A Samsung Galaxy Note 10, Model SM-N9700, 256 GB, SN R58MC1XXCMT, IMEI 358230104114500, made in Vietnam (Item LI032); and

- A PNY Prime Performance 128 GB Micro SD Card, made in Taiwan with adapter (Item LI034).

**IMEL** knowingly persuaded, induced, enticed, and coerced Victim A and Victim B, each of whom were known by **IMEL** to be minors, to engage in sexually explicit conduct for the purpose of producing visual depictions of the conduct.

## ARGUMENT

I. **The Applicable Guidelines Range is 360 Months to Life imprisonment.**

***Total Offense Level and Criminal History Category:*** The Government agrees with Probation that the Defendant has a total offense level of **42**. (ECF No. 66 ¶ 81.) The Government agrees with Probation that the Defendant's criminal history category is **I**. (*Id.*)

***Guidelines Range:*** Given the above calculations, the Government agrees with Probation that the Defendant's guidelines range is 360 months' imprisonment to Life imprisonment. (*Id.*)

II. **Relevant Sentencing Considerations under 18 U.S.C. § 3553(a)**

A sentencing court must follow the three-step process set forth by *Gall v. United States*. *See* 522 U.S. 38 (2007). First, the court must properly determine the Guideline range. *See id.* at 49 (citing *Rita v. United States*, 551 U.S. 338, 347-48 (2007)). Second, the court must determine whether to apply any of the guidelines' departure policy statements to adjust the Guideline range. *See id.* at 49-50. Third, the court must consider all the factors set forth in 18 U.S.C. § 3553(a) as a whole, including whether a variance—a sentence outside the advisory guideline system—is warranted. *See id*.

The stipulation of facts adequately sets forth the nature and circumstances of the offense. The Defendant has no prior record of criminal convictions. Pursuant to the plea agreement, the Defendant is scheduled to be sentenced on August 4, 2023 in Calvert County, Maryland for

contact offenses related to the conduct referenced in the stipulation of facts.

The sentencing factors under 18 U.S.C. § 3553(a) support the Government's recommendation of a 480-month term of imprisonment. The Defendant not only committed the offenses as outlined in the stipulation of facts, but in order to do so he assumed a position as a role model, in the lives of the victims and within the community, which allowed for him to more easily abuse their trust. This predatory conduct—grooming boys and the community, for the ultimate purpose of committing and producing images of sexual abuse—was perpetrated for years. The Defendant sought positions and opportunities that gave him access to his targets. He then preyed on the victims, taking advantage of their transitions into adulthood to normalize their abuse, resulting in victims blaming themselves for their own victimization at the hands of their abuser.

The mental health consequences of the shame, the fear, the guilt, the rage, the lack of trust, and the inability to control these emotions may last for the rest of these victims' lives. But they were children. There is only one reason this happened. The Defendant chose to use them, through no fault of their own. But they must live with the consequences through no fault of their own. The consequences for the Defendant should be more severe than the suffering he has caused each of these victims. That may be impossible to measure.

The sentencing guidelines recommend up to life imprisonment. A sentence of 40 years will ensure that the victims do not have to worry about whether the Defendant will pose a threat to another minor. A 40-year sentence will also inform the community that coming forward and reporting their abuse, to stop their own abuse and potentially stop the future abuse of others, is worth it—and will accomplish those goals.

# **CONCLUSION**

For the reasons stated, as well as those presented at the sentencing hearing, the Government submits that the appropriate sentence in this matter is a 240-month term of imprisonment to run consecutively on count one and count three, along with no fine, forfeiture of the items set forth in the proposed order of forfeiture, and compliance with the Sexual Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq*.).

Respectfully Submitted,

EREK L. BARRON
United States Attorney

By: /s/ Timothy F. Hagan, Jr.
Timothy F. Hagan, Jr.
Assistant United States Attorney

## CERTIFICATE OF SERVICE

This is to certify that on this day, **July 20, 2023**, a copy of the foregoing Government's Sentencing Memorandum was electronically filed and delivered via ECF and email to all counsel of record in this matter.

/s/ Timothy F. Hagan, Jr.
Timothy F. Hagan, Jr.
Assistant United States Attorney
